UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 10 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION, <br><br>------------------------------ <br><br><br> CENTERPRISE INTERNATIONAL, LTD, <br><br>       Plaintiff - Appellant, <br><br>  v. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS INC.; CRUCIAL TECHNOLOGY, INC.; SAMSUNG ELECTRONICS CO. LTD.; SAMSUNG SEMICONDUCTOR, INC.; MOSEL-VITELIC INCORPORATED; MOSEL-VITELIC CORPORATION (USA); INFINEON TECHNOLOGIES AG; INFFINEON TECHNOLOGIES NORTH AMERICA CORP. HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; ELPIDA MEMORY, INC.; ELPIDA MEMORY (USA INC.; NEC ELECTRONICS AMERICA, INC.; NANYA TECHNOLOGY CORPORATION; NANYA TECHNOLOGY CORPORATION USA; WINDBOND ELECTRONICS CORPORATION; WINDBOND ELECTRONICS CORPORATION | No.   06-15636 <br> D.C. No.  CV-02-01486-PJH <br>       05-03026-PJH <br> Northern District of California, <br> San Francisco <br><br><br> **MANDATE** |

AMERICA,

Defendants - Appellees.

The judgment of this Court, entered 08/14/2008, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Theresa Benitez
Deputy Clerk